**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JULIO SANDOVAL,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>M. LOPEZ, et al.,<br><br>　　　　　Defendants. | Case No.: 1:23-cv-00248 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO DENY PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS<br><br>(Docs. 2 & 5) |

　　　　Plaintiff is proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 23, 2023, the magistrate judge issued findings and recommendations, recommending that Plaintiff's application to proceed *in forma pauperis* be denied because Plaintiff has three prior lawsuits that were dismissed for a failure to state a claim or for repeated violations of Rule 8 of the Federal Rules of Civil Procedure. (Doc. 5.) Further, the magistrate judge found Plaintiff did not meet the imminent danger of serious physical injury exception and recommended that Plaintiff be ordered to pay the $402 filing fee within 30 days. (*Id*. at 2-3.) Plaintiff was afforded 14 days within which to file objections. (*Id*. at 3-4.) More than 14 days have passed, and Plaintiff has not filed objections.

*///*

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this Court has conducted a *de novo* review of this case. Having carefully reviewed the file, the Court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, **IT IS ORDERED** that:

1. The findings and recommendations issued on February 23, 2023 (Doc. 5) are **ADOPTED IN FULL**.
2. Plaintiff's application to proceed *in forma pauperis* (Doc. 2) is **DENIED**.
3. **Within 30 days** of the date of service of this order, Plaintiff is required to and SHALL pay the $402.00 filing fee in full for this action.
4. Plaintiff's failure to comply with this order shall result in the dismissal of this action.

IT IS SO ORDERED.

Dated: **March 15, 2023**

*/s/ Jennifer L. Thurston*
UNITED STATES DISTRICT JUDGE