UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO SANDOVAL,<br><br>          Plaintiff,<br><br>     v.<br><br>M. LOPEZ, et al.,<br><br>          Defendants. | Case No.: 1:23-cv-00248 JLT SKO (PC)<br><br>**ORDER REGARDING PLAINTIFF'S MOTIONS FILED MARCH 31, 2023 AND APRIL 5, 2023**<br><br>(Docs. 11 & 12) |

Plaintiff is proceeding *pro se* in this civil rights action brought pursuant to 42 U.S.C. § 1983.

**I.      PROCEDURAL BACKGROUND**

On March 23, 2023, this Court issued its Order Regarding Plaintiff's Request for Extension of Time Filed March 16, 2023. (Doc. 9.) Specifically, Plaintiff's "Request for extension of time to Submit Motion for Clarification & objection" (Doc. 8) was partially granted. (Doc. 9 at 4.) Plaintiff was directed to file a document titled "Plaintiff's Supplemental Submission Concerning The Imminent Danger Exception Pursuant To 28 U.S.C. § 1915(g)" within 30 days of that order. (*Id.*)

On March 31, 2023, Plaintiff filed a document titled "Motion For Clarification." (Doc. 11.) On April 5, 2023, Plaintiff filed a document titled "Request For Extension of Pages." (Doc. 12.)

## II. DISCUSSION AND ORDER

### *The Motion for Clarification*

Plaintiff's motion is signed and dated March 26, 2023. (*See* Doc. 11 at 2, 5.) It is clear from its content that Plaintiff had not yet received the Court's March 23, 2023 order. Nevertheless, the Court's March 23, 2023 order resolves Plaintiff's "Motion for Clarification." Therefore, it is moot.

### *The Request for Extension of Pages*

Plaintiff asks the Court to allow him "fifteen more extra pages due to Exhibits taking up room …." (*See* Doc. 12.)  The Court presumes Plaintiff seeks the Court's permission to exceed the 25-page limit as it concerns the supplemental filing he was directed to file in this Court's March 23, 2023 order. Plaintiff will be permitted to file no more than 40 pages total.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff "Motion For Clarification" (Doc. 11) is DENIED as moot; and
2. Plaintiff's "Request For Extension of Pages" (Doc. 12) is GRANTED. Plaintiff's anticipated filing, to be titled "Plaintiff's Supplemental Submission Concerning The Imminent Danger Exception Pursuant To 28 U.S.C. § 1915(g)," shall exceed no more than 40 total pages.

IT IS SO ORDERED.

Dated:   **April 5, 2023**              /s/ *Sheila K. Oberto*
                                    UNITED STATES MAGISTRATE JUDGE