UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO SANDOVAL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>M. LOPEZ, et al.,<br><br>　　　　　　Defendants. | Case No.: 1:23-cv-00248 JLT SKO (PC)<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE A RESPONSIVE PLEADING**<br><br>(Doc. 22) |

Plaintiff is proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983.

**I.　INTRODUCTION**

Following screening, this action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims and failure to protect/threat to safety claims against Defendants Andrade, Cerillo, Felix, Lopez, Miguel, Perez, and William.  On March 28, 2024, Defendants filed waivers of service. (Doc. 21.) A responsive pleading was due on or before April 29, 2024. (*Id.*)

On April 29, 2024, Defendants filed a motion for administrative relief, seeking an extension of time within which to file a responsive pleading to Plaintiff's first amended complaint. (Doc. 22.)

//

## II. DISCUSSION

Defendants seek a 30-day extension of time within which to file a responsive pleading to Plaintiff's first amended complaint. (Doc. 22.) Defendants' motion is supported by the Declaration of Deputy Attorney General Erick J. Rhoan. (*Id*. at 2-3.) Defense counsel states he was assigned this action on March 6, 2024. (*Id*. at 2, ¶ 2.) On March 12, 2024, counsel's office requested relevant documentation from Plaintiff's current institution. (*Id*.) Since filing waivers of service on behalf of the Defendants on March 28, 2024, defense counsel has communicated with several Defendants, the litigation coordinator at Plaintiff's institution, and has sought additional records from California Correctional Health Care Services concerning grievance documentation. (*Id*.) While some relevant documents have been received, defense counsel is still waiting for additional documents. (*Id*.) Defense counsel also states he has been delayed by several events in other cases and provides detailed information regarding those filings in this Court during the period from April 2, 2024, and April 24, 2024. (*Id*. at 2, ¶ 3.) Defense counsel states he "only worked a partial day on April 19, 2024 due to family illness," and despite his diligent efforts, he has been unable to complete a responsive pleading in this matter. (*Id*. at 2, ¶ 4, 5.)

He requests a thirty-day extension of time, to an including May 29, 2024, within which to file a response to Plaintiff's first amended complaint. (*Id*.) Counsel states Plaintiff will not be prejudiced by the requested extension of time as this matter "is not currently at issue," no other deadlines will be affected because the Court has not yet issued a discovery and scheduling order, and the matter has not yet been set for trial. (*Id*., at 2, ¶ 6.)

## III. CONCLUSION AND ORDER

For good cause shown, **IT IS HEREBY ORDERED** that Defendants' motion for administrative relief (Doc. 22) is **GRANTED**. Defendants **SHALL** file a responsive pleading **no later than May 29, 2024**.

IT IS SO ORDERED.

Dated:   **April 29, 2024**                    /s/ *Sheila K. Oberto*
                                        UNITED STATES MAGISTRATE JUDGE