UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO SANDOVAL,<br><br>             Plaintiff,<br><br>     v.<br><br>M. LOPEZ, et al.,<br><br>             Defendants. | Case No.: 1:23-cv-00248 JLT SKO (PC)<br><br>**ORDER REGARDING PLAINTIFF'S MOTION FOR CLARIFICATION**<br><br>(Doc. 53) |

Plaintiff Julio Sandoval is proceeding pro se in this civil rights action brought pursuant to 42 U.S.C. § 1983. This action proceeds on Plaintiff's Eighth Amendment deliberate indifference to serious medical needs claims and failure to protect/threat to safety claims against Defendants Andrade, Cerillo, Felix, Lopez, Miguel, Perez, and William.

**I.   BACKGROUND**

On February 20, 2025, Plaintiff filed a second amended complaint. (Doc. 49.)

On March 5, 2025, Defendants filed a motion to dismiss the second amended complaint without leave to amend. (Doc. 50.) On March 20, 2025, Plaintiff requested a 60-day extension of time within which to respond to Defendants' motion that was granted by the Court. (Docs. 51, 52.)

On March 31, 2025, Plaintiff filed a document titled "Motion for Clarification and Verification Request for Extension of Time to Reply to Defendants Opposition." (Doc. 53.)

Plaintiff states he wishes to verify the Court received his earlier request, that his property has been returned but he will be transferred to another institution after a medical appointment and that he presently lacks access to the law library, and "will do all in his control to answer before these 60 days are due as he goes through obstacles to file his motion." (*Id.*)

## II.    DISCUSSION

Plaintiff's motion for clarification is dated and signed March 25, 2025. It is likely Plaintiff had not yet received the Court's March 21, 2025, order granting him a 60-day extension of time within which to respond to Defendants' pending motion to dismiss his second amended complaint.

In any event, Plaintiff's opposition to Defendants' motion to dismiss is now due May 26, 2025, and no further extension of time is warranted.

## III.    CONCLUSION AND ORDER

Accordingly, the Court **HEREBY ORDERS**:

1. Plaintiff's motion for clarification and verification (Doc. 53) is **RESOLVED**; and
2. Plaintiff is reminded that he **SHALL** file his opposition to Defendants' motion to dismiss the second amended complaint **no later than May 26, 2025**.

**Warning: Plaintiff is advised that failure to obey this order will result in a recommendation that this action be dismissed for a failure to obey court orders and failure to prosecute**.

IT IS SO ORDERED.

Dated:    **April 1, 2025**                    /s/ *Sheila K. Oberto*
                                UNITED STATES MAGISTRATE JUDGE