# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO SANDOVAL,<br><br>          Plaintiff,<br><br>   v.<br><br>M. LOPEZ, et al.,<br><br>          Defendants. | Case No.: 1:23-cv-00248 JLT SKO (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT<br><br>(Docs. 50, 64) |

Plaintiff seeks to hold defendants liable for violations of his civil rights pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

The assigned magistrate judge issued Findings and Recommendations to grant Defendants' motion to dismiss and recommended Plaintiff's second amended complaint be dismissed for a failure to state a claim upon which relief can be granted. (Doc. 64.) Plaintiff filed timely objections. (Doc. 65.)

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a de novo review of this case.  Having carefully reviewed the entire matter, including the objections, the Court concludes the Findings and Recommendations are supported by the record and proper analysis. Plaintiff's objections do not materially call into question the magistrate judge's reasoning. Thus, the Court **ORDERS**:

1. The Findings and Recommendations issued on March 9, 2026 (Doc. 64) are **ADOPTED** in full.

2. Defendants' motion to dismiss (Doc. 50) is **GRANTED**.

3. Plaintiff's second amended complaint is **DISMISSED** with prejudice for a failure to state a claim upon which relief can be granted.

4. The Clerk of the Court is directed to vacate any deadlines and to close this case.

IT IS SO ORDERED.

Dated:    **March 30, 2026**

UNITED STATES DISTRICT JUDGE

2